✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

| DISTRICT OF | Nevada |

Nina S. Griffin

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

V.

Countrywide Home Loan Servicing LP et al

Case Number:  2:11-CV-0953 GMN-PAL

Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that Defendants' Motion to Dismiss is GRANTED. Judgment is entered for Defendants Countrywide Home Loan Servicing LP, Mortgage Electronic Registration Systems Inc, Recontrust Company, Federal National Mortgage Association, Merscorp Inc, and The First American Corporation and against Plaintiff Nina S. Griffin.

LANCE S. WILSON

June 6, 2012

CLERK

*Lance S. Wilson*

(By) DEPUTY CLERK

**DATE**